IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FAIRCHILD DORNIER GMBH, <u>ET AL.</u>,            )<br>                                            )<br>         Appellants,                       )<br>                                            )<br>v.                                          )<br>                                            )    No. 1:05cv352<br>THE OFFICIAL COMMITTEE OF                   )<br>UNSECURED CREDITORS,                        )<br>                                            )<br>         Appellee.                         )<br>_____             )<br>                                            )<br>IN RE:                                      )<br>DORNIER AVIATION                            )<br>(NORTH AMERICA), INC.,                      )<br>                                            )<br>         Debtor.                           )| |

<u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the decision of the bankruptcy court be and is affirmed in all respects.

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered this 18th day of July, 2005.

                                         /s/
                                    Leonie M. Brinkema
                                    United States District Judge

Alexandria, Virginia

Case 1:05-cv-00352-LMB-BRP   Document 14   Filed 07/18/05   Page 2 of 2 PageID# 33